

**New York University**
*A private university in the public service*

**FEDERAL DEFENDER CLINIC**
Washington Square Legal Services, Inc.
245 Sullivan Street, 5th Floor
New York, New York 10012

Telephone:   (212) 998-6643
Fax:         (212) 995-4031

David Klem
Annalisa Mirón
Christopher Flood
*Supervising Attorneys*

March 1, 2012

The Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re:   United States v. Michael Caruso
                11-CR-269 (DLI)

Your Honor:

      I write to request that oral argument be scheduled in the above-referenced direct appeal from a petty offense conviction. As of February 18, 2012, the matter has been fully briefed.

      In order to accommodate the student attorneys who hope to be able to orally argue the matter for the defense, I ask that oral argument not be scheduled on the following dates: March 12 through 16.

          Sincerely,

          David J. Klem
          Supervising Attorney &
          Adjunct Professor of Clinical Law

cc:   Amir Toossi
      United States Attorneys Office
      271 Cadman Plaza East
      Brooklyn, NY 11201